IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA ZBITNOFF,

    Plaintiff,

v.

NATIONSTAR MORTGAGE,

    Defendant.

No. C 13-05221 WHA

**ORDER RE LIS PENDENS**

    Good cause not shown, plaintiff's motion for a notice of lis pendens is **DENIED**. The Court may re-consider this issue if plaintiff's complaint (or subsequent amended complaints, if any) survives defendant's pending motion to dismiss and any subsequent motions to dismiss.

**IT IS SO ORDERED.**

Dated: December 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE