IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA ZBITNOFF,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC,

    Defendant.

No. C 13-05221 WHA

**ORDER RE CASE MANAGEMENT CONFERENCE**

The case management conference scheduled for December 26, 2013, is hereby **VACATED**. If plaintiff files a motion seeking leave to file an amended complaint, the Court will re-schedule the case management conference.

**IT IS SO ORDERED.**

Dated: December 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE