IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA ZBITNOFF,

    Plaintiff,

v.

NATIONSTAR MORTGAGE,

    Defendant.

No. C 13-05221 WHA

**ORDER RESCHEDULING HEARING AND CASE MANAGEMENT CONFERENCE**

Pro se plaintiff, Anna Zbitnoff, moves for leave to file an amended complaint (Dkt. No. 35). Defendant originally filed a statement of nonopposition (Dkt. No. 38), however, after an order of the Court, defendant filed an opposition to the present motion (Dkt. No. 40).

Plaintiff now has until **MARCH 14, 2014**, to file a reply brief if she so chooses. The hearing on this motion, originally set for March 12, will instead be heard on **THURSDAY, MARCH 20 AT 8:00 A.M.** in Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

The case management conference will take place following the hearing on **THURSDAY, MARCH 20 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE