IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA ZBITNOFF,

    Plaintiff,

  v.

NATIONSTAR MORTGAGE, LLC, *et al.*,

    Defendants.

No. C 13-05221 WHA

**ORDER RE CASE MANAGEMENT CONFERENCE**

The case management conference scheduled for March 20, 2014, is hereby **VACATED**. If plaintiff files a motion seeking leave to file an amended complaint, the Court will re-schedule the case management conference.

**IT IS SO ORDERED.**

Dated: March 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE